**Gary SAUCY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42217.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

Application to Transfer Denied
March 13, 1990.

Gary Saucy, Moberly, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and
SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

Direct appeal from the dismissal of a Petition for Writ of Error Coram Nobis.

Judgment affirmed. Rule 84.16(b).

**Lorena Fay MAHURIN, Appellant,**

v.

**Jack Lahue MAHURIN, Respondent.**

**No. WD 40997.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

Application to Transfer Denied
March 13, 1990.

Dennis James Owens, Kansas City, for appellant.

Michael S.J. Albano, Independence, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM.

Lorena Fay Mahurin appeals from orders of division of the marital property, denial of attorney fees, and non-modifiable maintenance in gross award of marital dissolution decree.

Judgment affirmed. Rule 84.16(b).